## NATIONWIDE MUTUAL INSURANCE COMPANY *v.* TODD R. KARZIAN
## (12011)

LANDAU, FREEDMAN and SCHALLER, Js.

Argued November 1—decision released November 23, 1993

*A. Jeffrey Somers,* for the appellant (plaintiff).
*Gerald S. Sack,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.